■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL IRBY, Appellant. [672 NYS2d 774] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered January 9, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends, *inter alia*, that certain remarks made by the prosecutor during summation constituted reversible error. He claims that the prosecutor's references to the defendant's failure to call a certain undercover police officer as a witness shifted the burden of proof from the prosecution to the defense. While the prosecutor's comments were improper (*see, People v DeJesus*, 137 AD2d 761), the court sustained the defense objections, provided a prompt curative instruction to the jury, and granted the defense application for a missing-witness charge. Under the circumstances, there was no reasonable possibility that the prosecutor's comments affected the verdict (*see, People v Brown*, 208 AD2d 414; *People v Davis*, 128 AD2d 800; *see also, People v Crimmins*, 36 NY2d 230).

The defendant's remaining contentions are without merit. Rosenblatt, J. P., Miller, Thompson and Santucci, JJ., concur.